UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Gregory Levison,

            Plaintiff(s),                     19 Civ. 11390 (CM) (GWG)

    -against-

                                              CALENDAR NOTICE

CVS Rx Services, Inc.,
            Defendant(s),
----------------------------------------------------X

        Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ____Pre-trial conference | ____Status conference | ____Oral argument |
| ____Settlement conference | ____Plea Hearing | (Bankruptcy Appeal) |
| ____Rule (16) conference | ____Final pre-trial conference | ____Fairness Hearing |
| X Telephone conference | ____Jury Selection and Trial | ____OTSC Hearing |
| ____Non-Jury Trial | ____Inquest | |

**on Wednesday, November 4, 2020 at 10:30 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 28, 2020
        New York, New York

                                                    So Ordered

                                        Colleen McMahon, Chief U.S.D.J