

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat
Office Managing Shareholder

Marcy A. Gilroy
973.848.4734 direct
973.848.4700 main
973.556.1691 fax
mgilroy@littler.com

June 23, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:   *Gregory Levison v. CVS Rx Services, Inc.*
      *Civil Action No.: 1:19-cv-11390-CM*

Dear Magistrate Gorenstein:

Littler Mendelson represent Defendant CVS Rx Services, Inc. in the above-captioned litigation. On June 17, 2021, Your Honor issued an Order scheduling a settlement conference in this matter for July 6, 2021. However, I am unavailable for the settlement conference as scheduled and respectfully request the date be adjourned. I have an arbitration hearing in another matter in Alabama starting on July 13th and will be meeting with my witnesses to prepare them for that hearing throughout the week of July 5th, including, specifically on July 6th. The arbitration hearing in the Alabama matter has been on the calendar since December 2020 after being adjourned several times due to the COVID-19 pandemic.

In accordance with the procedures set forth in Your Honor's Standing Order Applicable to Telephonic Settlement Conferences, I contacted your Deputy Clerk last week to obtain alternate dates for the settlement conference. After conferring with my client and opposing counsel, all parties are available for the settlement conference on August 3, 2021. Accordingly, I respectfully request the settlement conference currently scheduled for July 6, 2021 at 2:30 p.m. be adjourned and rescheduled to August 3, 2021.

Thank you.

Respectfully submitted,

*s/ Marcy A. Gilroy*

Marcy A. Gilroy

cc: Joshua S. Boyette, Esq. (*via ecf*)

**Application granted. Settlement conference adjourned to August 3, 2021, at 2:30 p.m. Submissions due July 28, 2021. This adjournment has no effect on the parties' obligation to comply all existing deadlines.**

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 23, 2021

4841-8482-3536.1 / 090142-1270